# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>METHYL METHACRYLATE (MMA)<br>ANTITRUST LITIGATION | Judge Timothy J. Savage<br><br>06-md-1768 |
| THIS DOCUMENT RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | January 23, 2007 |

## NOTICE OF RECENT AUTHORITY

Direct Purchaser Plaintiffs hereby give notice of recent authority issued in the United States District Court for the Eastern District of Pennsylvania by the Honorable Legrome D. Davis in *In re Aspartame Antitrust Litig.*, Docket No. 06-cv-1732 (dated January 18, 2007; filed January 19, 2007), which decision addresses issues that are germane to the Court's deliberations concerning Defendants' motions to dismiss the Consolidated Amended Class Action Complaint in this action. A copy of the decision is attached at Exhibit 1.

Dated: January 23, 2007

Respectfully submitted,

/s/ Anthony J. Bolognese
Anthony J. Bolognese
Joshua H. Grabar
John G. Narkin
**BOLOGNESE & ASSOCIATES, LLC**
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
Telephone: (215) 814-6750
Facsimile: (215) 814-6764
E-mail: ABolognese@bolognese-law.com

/s/ Ruthanne Gordon
H. Laddie Montague
Ruthanne Gordon
Charles P. Goodwin
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
E-mail: rgordon@bm.net


/s/ Steven A. Kanner
Steven A. Kanner
William H. London
Douglas A. Millen
**MUCH SHELIST FREED DENENBERG
  AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: (312) 521-2000
Facsimile: (312) 521-2100
E-mail: skanner@muchshelist.com


/s/ William P. Butterfield
Michael D. Hausfeld
William P. Butterfield
Megan E. Jones
**COHEN, MILSTEIN, HAUSFELD
  &  TOLL, P.L.L.C.**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
E-mail: mhausfeld@cmht.com

*Interim Co-Lead Counsel for Direct
Purchaser Plaintiffs*

412735

## CERTIFICATE OF SERVICE

I hereby certify that the accompanying Notice of Recent Authority was served upon the following counsel of record by e-mail transmission this 23rd day of January, 2007:

**Interim Lead Counsel for Direct Purchaser Plaintiffs**

Anthony J. Bolognese
**BOLOGNESE & ASSOCIATES LLC**
1617 JFK Blvd., Suite 650
Philadelphia, PA 19103
Telephone: (215) 814-6750
Facsimile: (215) 814-6764
E-Mail: abolognese@bolognese-law.com

Michael D. Hausfeld
**COHEN MILSTEIN HAUSFELD
    & TOLL, PLLC**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
E-Mail: mhausfeld@cmht.com

H. Laddie Montague
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
E-Mail: hlmontague@bm.net

Steven A. Kanner
**MUCH SHELIST FREED DENENBERG
    AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, IL  60606
Telephone: (312) 521-2000
Facsimile: (312) 521-2100
E-Mail: skanner@muchshelist.com

**Interim Lead Counsel for Indirect Purchaser Plaintiffs**

Krishna B. Narine
**LAW OFFICE OF KRISHNA B. NARINE**
7839 Montgomery Avenue
Third Floor
Elkins Park, PA 19027
Telephone: (215) 782-3240
Facsimile: (215) 782-3241
E-Mail: knarine@kbnlaw.com

Gordon Ball
**BALL & SCOTT**
550 Main Avenue
Suite 601
Knoxville, TN 37902-2567
Telephone: (865) 525-7028
Facsimile: (865) 525-4679
E-Mail: gball@ballandscott.com

**Counsel for Defendants**

Howard D. Scher
**BUCHANAN INGERSOLL & ROONEY PC**
1835 Market Street, 14th Floor
Philadelphia, PA 19103
Telephone: (215) 665-8700
Facsimile: (215) 665-8760
E-Mail: scherhd@bipc.com

**Counsel for Arkema Inc.**

Peter E. Halle
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
E-Mail: phalle@morganlewis.com

**Counsel for Degussa Corporation,
Rohm Americas LLC, Cyro Industries**

**Cytec Industries, Degussa AG, and Rohm GmbH & Co.**

Charles E. Koob
**SIMPSON THACHER & BARTLETT**
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
E-Mail: ckoob@stblaw.com

Wilson M. Brown, III
**DRINKER BIDDLE & REATH LLP**
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
E-Mail: brownwm@dbr.com

**Counsel for Lucite International, Inc. and Lucite International Limited**

Alan M. Wiseman
**HOWREY LLP**
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 383-6638
Facsimile: (202) 383-6610
E-Mail: WisemanA@howrey.com

Patrick W. Kittredge
**KITTREDGE, DONLEY, ELSON, FULLEM & EMBICK, LLP**
400 Market Street, Suite 200
Philadelphia, PA  19106-2513
Telephone: (215) 829-9900
Facsimile: (215) 829-9888
E-Mail: pkittredge@kdefe.com

**Counsel for Imperial Chemical Industries, PLC**

Case 2:06-md-01768-TJS   Document 67   Filed 01/23/07   Page 6 of 6

                              /s/
                       Anne N. Ebbesen

6